Before ALSCHULER, EVANS, and PAGE, Circuit Judges.

PER CURIAM. Plaintiff in error was found guilty of violating section 211 of the Criminal Code (Comp. St. § 10381) in sending through the mails copies of photographs of nude women in great variety of poses. They were sent by registered mail in packages of 50 of the different poses, and it is contended, among other things, that the pictures are works of art, and do not fall within the condemnation of the statute.

While situations may arise where it is difficult to determine whether the statute has application, we do not feel that such difficulty here exists. Under the evidence it is too plain for controversy that these pictures, whether culled from so-called works or elsewhere, were selected, sold, and distributed in large quantities, without reference to art or art studies, but wholly for the purpose of profitably pandering to the lewd and lascivious. Under all the circumstances the jury was warranted in concluding that the pictures were in fact obscene, lewd, and lascivious, and within the purview of the statute. Neither do we find merit in the other asserted grounds for reversal.

No error appearing, the judgment is affirmed.

---

J. STERNAU & CO., Inc., v. GEORGE BORGFELDT & CO.

(Circuit Court of Appeals, Second Circuit. November 24, 1922.)

No. 14.

Patents ⬅328—1,222,571 and 1,237,453, for alcohol lamps, void for lack of invention.

The Ball patents, No. 1,222,571 and No. 1,237,453, both relating to lamps for burning solid alcohol, held void for lack of invention.

Appeal from the District Court of the United States for the Southern District of New York.

Suit in equity by J. Sternau & Co., Inc., against George Borgfeldt & Co. Decree for defendant, and complainant appeals. Affirmed.

For opinion below, see S. Sternau & Co. v. George Borgfeldt & Co., 254 Fed. 582.

Appeal from final decree in equity entered in the District Court for the Southern District of New York, in suit upon patents 1,222,571 and 1,237,453, and design patent 49,636.

Dyer & Taylor, of New York City (J. Edgar Bull and John Robert Taylor, both of New York City, of counsel), for appellant.

Hans von Briesen, of New York City, for appellee.

Before HOUGH and MANTON, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Decree affirmed, with costs.

⬅For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes